**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-01752-PAB

FRANKLIN E. WALTER, individually and on
behalf of all others similarly situated,

      Plaintiff,

v.

CENTURA HEALTH CORPORATION, a
Colorado nonprofit corporation,

      Defendant.

Chief Judge Philip Brimmer
Magistrate Judge Nina Wang

---

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

---

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Franklin E. Walter

through his counsel of record, hereby gives notice that the above-captioned action is voluntarily

dismissed, without prejudice against defendant Centura Health Corporation. Defendant has not

filed an answer or a motion for summary judgement in this case. Plaintiff has not previously

dismissed any other actions based on or including the same claim against the same defendant in

any other court.

      Respectfully submitted,

      BLOOD HURST & O'REARDON, LLP

Dated: September 4, 2020

By:  *s/ Timothy G. Blood*
      Timothy G. Blood
      Aleksandr J. Yarmolinets
      501 West Broadway, Suite 1490

00168284

San Diego, CA  92101
Tel: 619-338-1100
tblood@bholaw.com
ayarmolinets@bholaw.com

HARLAW LAW, PC
Jordon R. Harlan, Esq.
50 River Oaks Drive, Unit 115
Durango, CO  81303
Tel: (970) 462-9599 / (619) 870-0815
jordon@harlanpc.com

*Attorneys for Plaintiff Franklin E. Walter*

2

00168284

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 4, 2020, the foregoing **Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i)** was electronically filed with the Clerk of the Court via the Court's CM/ECF filing system, which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| McCONNELL VAN PELT, LLC<br>Traci Van Pelt (26483)<br>Michael T. McConnell (10600)<br>David A. Belsheim (43767)<br>4700 South Syracuse Street, Suite 200<br>Denver, CO  80237<br>Tel: 303/480-0400<br>303/458-9520 (fax)<br>tvanpelt@mvp-legal.com<br>mmcconnell@mvp-legal.com<br>dbelsheim@mvp-legal.com | *Attorneys for Defendant*<br>*CENTURA HEALTH CORPORATION* |

Dated: September 4, 2020

BLOOD HURST & O'REARDON, LLP

By:    *s/  Timothy G. Blood*

Timothy G. Blood
Aleksandr J. Yarmolinets
501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619-338-1100
tblood@bholaw.com
ayarmolinets@bholaw.com

HARLAN LAW, PC
Jordon R. Harlan, Esq.
50 River Oaks Drive, Unit 115
Durango, CO  81303
Tel: (970) 462-9599 / (619) 870-0815
jordon@harlanpc.com

00168284